### December 27, 2006

26507          Chase Manhattan Mortg. Corp. v. Morales                    Affirmed